# ALABAMA COURT OF CRIMINAL APPEALS



July 12, 2024

**CR-2023-0901**

Kenneth Bondrull Morrison v. State of Alabama (Appeal from Houston Circuit Court: CC-22-703, CC-22-705, and CC-22-706)

## <u>NOTICE</u>

You are hereby notified that on July 12, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk